UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Linda Palmquist, Special Administrator of the Estate of Donald Harry Richter, Deceased, and the duly appointed Trustee for the Heirs of Donald Harry Richter, Deceased,

Plaintiff,

vs.

Kent Cleveland, individually and as a police officer of the City of Brooklyn Park; Christopher J. Donahue, individually and as a police officer of the City of Brooklyn Park; The City of Brooklyn Park, a municipal Corporation,

Defendants.

Court File No.: 0 1- 141 (DSD/SRN)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

The undersigned attorneys hereby advise the Court that plaintiff hereby dismisses all claims against Kent Cleveland and Chris Donahue, in their individual capacity or their official capacity as police officers for the City of Brooklyn Park, and all claims against the City of Brooklyn Park or any City of Brooklyn Park employee as a result of the incident and allegations and damages alleged in Plaintiff's Complaint. The consideration for this dismissal is zero dollars, with the agreement by the Officers and the City of Brooklyn Park not to tax costs against plaintiff, or otherwise seek recovery for any attorney's fees, or expenses incurred in connection with this matter.

Plaintiff, Linda Palmquist, Special Administrator of the Estate of Donald Harry Richter, Deceased, and the duly appointed Trustee for the Heirs of Donald Harry Richter, Deceased, affirmatively consents to this dismissal on the terms set forth above. Plaintiff

FILED 1-7-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD 1-7-02
DEPUTY CLERK

acknowledges she has been fully advised of the merits of this matter by her attorneys and requests the Court to sign the attached Order. Plaintiff further acknowledges her attorneys have scheduled a motion to withdraw for January 4, 2002, a copy of which is attached as Exhibit "A". Plaintiff and her attorneys have cancelled this Motion because of the resolution of this matter. Therefore,

IT IS HEREBY STIPULATED BY AND BETWEEN all the parties hereto, through their respective undersigned attorneys, that the claims against Kent Cleveland and Chris Donahue in their individual capacities and any potential claim against the City of Brooklyn Park or any of its employees may be, and hereby are, dismissed on their merits and with prejudice, but without costs, disbursements or attorney's fees to any of the parties.

IT IS FURTHER STIPULATED, that without further notice, a Judgment of Dismissal with Prejudice and upon the merits of plaintiff's claims, without costs, attorneys fees, or disbursements to any of the parties, may be entered herein.

Dated: 12/21/01.

By Linda Palmquist
Plaintiff, Linda Palmquist

Dated: 12/26/01.

By Mark McCullough
Mark McCullough, I.D. #6998X
Skaar & McCullough
5500 Wayzata Boulevard
Suite 730
Minneapolis, MN 55416
(763) 545-0833

Dated: 12/28/01.

By [signature]
Joseph M. Hoffman, I.D. #45895
Hoffman Law Office
1900 One Financial Plaza
120 6th Street South
Minneapolis, MN 55402
(612) 339-7566

Dated: 1/3/01.

IVERSON REUVERS, LLC

By: [signature]
Paul D. Reuvers, #217700
Attorneys for Defendants
230 Townline Plaza
8585 West 78th Street
Bloomington, MN 55438
(952) 548-7200

**ORDER FOR JUDGMENT**

The foregoing Stipulation, having been presented to the Court on behalf of the above parties,

IT IS HEREBY ORDERED That the above-entitled action be, and the same hereby is, dismissed with prejudice and on its merits and without costs, attorneys fees, or disbursements to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated this 4th day of January, 2002

BY THE COURT:

Hon. David S. Doty
Judge of U.S. District Court